# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>DEVON M. HOWARD and<br>CAMRON J. JACKSON,<br><br>　　　　　　　　　　　Defendants. | Case No. 14-CR-99-JPS<br><br>**ORDER** |

On December 30, 2016, the Court issued a trial scheduling order setting a final pretrial conference for March 28, 2017, and a jury trial for April 3, 2017. (Docket #260). On March 16, 2017, defendant Devon M. Howard requested that both dates be continued for at least a month. (Docket #271). He makes this request in light of his counsel's need for additional time to review discovery materials and another client's state court trial beginning on March 27, 2017. *Id.* Defendant Camron J. Jackson made a similar request on March 20, 2017, citing newly produced discovery in this case and his counsel's state court trial beginning March 27, 2017. (Docket #273).

The Court sees no reason to move the hearings at this juncture. As counsel is well aware, both this case and the state court cases, like so many others, may be resolved short of trial. This case has been pending since April 2014, and the uncertain possibility of a scheduling conflict is not enough to warrant delaying it any further. The hearings shall therefore remain as scheduled. All other aspects of the trial scheduling order remain in effect, including the need to produce a pretrial report.

If any defendants still wish an adjournment of the trial, their request will be addressed at the final pretrial conference. If it becomes absolutely certain that the state court cases will proceed to trial, and that counsel will thus be completely unable to attend the final pretrial conference in this case,

counsel should notify the Court and it will consider an appropriate scheduling adjustment.

Accordingly,

**IT IS ORDERED** that the defendant Devon M. Howard's motion to continue (Docket #271) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that the defendant Camron J. Jackson's motion to adjourn (Docket #273) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge