# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

DEVON M. HOWARD,

                    Defendant.

Case No. 14-CR-99-1-JPS

**ORDER**

On April 7, 2015, the government filed a nine count third superseding indictment against the defendant, charging him with committing multiple robberies and using a gun in connection therewith, in violation of 18 U.S.C. §§ 1951 and 924(c) (Docket #134). On March 28, 2017, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to Counts Eight and Nine, and that the remaining counts would be dismissed at sentencing. (Docket #280 at 2-3).

The parties appeared before Magistrate Judge David E. Jones on March 31, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #285). The defendant entered a plea of guilty as to Counts Eight and Nine of the Third Superseding Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #285 and #287).

Thereafter, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted;

(2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #287). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones's report and recommendation (Docket #287) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 18th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge